BEFORE THE SECOND DIVISION, OCTOBER 28, 1958

**No. 62403.**—B. Altman & Co. *v.* United States, protest 314342–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of hand-embroidered articles, not wearing apparel, in part of machine-made lace, similar in all material respects to those the subject of Abstract 59733, the claim of the plaintiff was sustained.

**No. 62404.**—Glensder Textile Corp. *v.* United States, protest 288444–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.